**350**

■

**In re Martin CARDENAS, Relator.**

**No. 14–03–00076–CV.**

Court of Appeals of Texas,
Houston (14th Dist.).

Jan. 30, 2003.

Martin Cardenas, for relator.

Panel consists of Chief Justice BRISTER and Justices HUDSON and FOWLER.

### OPINION

PER CURIAM.

On January 24, 2003, relator, an inmate, filed a petition for writ of mandamus in this Court seeking to compel the judge of the 179th District Court of Harris County to enter a nunc pro tunc order to reflect credit for time served. *See* TEX. GOV'T.CODE ANN. § 22.221; *see also* TEX. R.APP. P. 52.

We deny relator's petition for writ of mandamus.

**In re Penny SLADE, Relator.**

**No. 14–03–00029–CV.**

Court of Appeals of Texas,
Houston (14th Dist.).

Jan. 30, 2003.

Roy K. Ewart, Houston, for Relator.

David E. Lueders, Houston, for Respondent.

Panel consists of Justices EDELMAN, SEYMORE, and GUZMAN.

### OPINION

PER CURIAM.

On January 10, 2003, relator filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T.CODE ANN. § 22.221 (Vernon Supp.2002); *see also* TEX.R.APP. P. 52.

We deny relator's petition for writ of mandamus.